# United States Bankruptcy Court
### Eastern District of Michigan

In re **Annette Marie Collins**        Case No. **10-42741**
                   Debtor(s)        Chapter **13**

# NOTICE OF CONVERSION OF CASE UNDER CHAPTER 13 TO A CASE UNDER CHAPTER 7

Pursuant to 11 U.S.C. § 1307(a), the above-named Debtor(s) requests that this court enter an Order converting this case under Chapter 13 to a case under Chapter 7 of the Bankruptcy code (title 11 of the United States Code), on the grounds set forth below.

1. On **January 31, 2010**, the above-named Debtor(s) filed a Voluntary Petition under Chapter 13 of the Bankruptcy Code.

2. This case has not been previously converted.

WHEREFORE, Debtor(s) prays for an Order converting this case under Chapter 13 to Chapter 7 of the Bankruptcy Code.

Date **February 8, 2010**      Signature **/s/ Annette Marie Collins**
                                             **Annette Marie Collins**
                                             Debtor

Attorney **/s/ Guy T. Conti**
          **Guy T. Conti 03673-2005 (NJ) P68889 (MI)**

**The Law Offices of Guy T. Conti, PLLC**
**302 N. Huron Street**
**Ypsilanti, MI 48197**
**888-489-3232**
**Fax: 888-848-8228**
**gconti@contilegal.com**